# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | John W. Darrah | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2906 | **DATE** | 6/26/2008 |
| **CASE TITLE** | Clarene Cochrane vs. Astrue | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion for leave to file the complaint in forma pauperis [4] is granted. Summons to issue. The Court appoints Mr. Ashley Rose to represent the plaintiff. Status hearing set for 9/4/08 at 9:00 a.m.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | MF |
|---|---|---|

Case 1:08-cv-02906   Document 8   Filed 06/26/2008   Page 1 of 1

08C2906 Clarene Cochrane vs. Astrue                                                                  Page 1 of  1